**Order filed August 8, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00562-CR
_____

## EX PARTE HAMZEH H. SHARAN, Appellant

---

### On Appeal from the County Court at Law No. 4
### Fort Bend County, Texas
### Trial Court Cause No. 17-CCR-191690

---

## O R D E R

The clerk's record was filed July 26, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record contains a proposed order dated July 16, 2019, but does not contain a signed order.

The Fort Bend County Clerk is directed to file a supplemental clerk's record on or before August 22, 2019, containing a signed order.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM